# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No.: 3:08-cr-02288-BTM |
| ) | |
| Plaintiff, ) | ORDER ON JOINT MOTION TO CONTINUE |
| ) | SENTENCING DATE |
| V. ) | |
| ) | |
| ) | |
| ) | |
| HENRY HUYNH (1), ) | |
| ) | |
| ) | |
| ) | HON. BARRY T. MOSKOWITZ |
| Defendant. ) | United States District Court Judge |
| _____ ) | |

The Joint Motion to Continue Sentencing Date of Defendant HENRY HUYNH is hereby GRANTED.

The sentencing hearing scheduled in this case on **January 22, 2010, at 10:00 a.m.** is hereby continued to **April 2, 2010, at 11:30 a.m.**

**IT IS SO ORDERED.**

DATED: January 15, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge